Form B1 (Official Form 1) - (Rev. 04/10)                                                  2010 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>*HAGOPIAN, HOVSEP* | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*OVSEP AKOPIAN* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *XXX-XX-4682* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*1620 N. SAN FERNANDO BLVD, #15*<br>*BURBANK, CA*   ZIP CODE *91504* | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>*LOS ANGELES* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME AS ABOVE*<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor (Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

Nature of Debts
(Check one box.)

☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☐ Debts are primarily business debts.

**Tax-Exempt Entity**
(Check one box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter 11 Debtors:**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300. *(amount subject to adjustment on 04/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

THIS SPACE FOR COURT USE ONLY

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

FILED
NOV 2 9 2010

Form B1 (Official Form 1) (Rev.04/10)

2010 USBC, Central District of California

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
| (This page must be completed and filed in every case.) | *HAGOPIAN, HOVSEP* | |

| **Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** | **Exhibit D** |
| | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? | ☒  Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| ☐  Yes, and Exhibit C is attached and made a part of this petition. | If this is a joint petition: |
| ☒  No | ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
| (Check any applicable box) |

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
| Check all applicable boxes. |

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

Form B1 (Official Form 1) (Rev. 04/10)

2008 USBC, Central District of California

## Voluntary Petition
*(This page must be completed and filed in every case)*

FORM B1, Page 3

Name of Debtor(s):
HAGOPIAN, HOVSEP

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _HOVSEP HAGOPIAN_
Signature of Debtor

X _____
Signature of Joint Debtor

_818-955-8541_
Telephone Number (If not represented by attorney)

_11-12-10_
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney**

X _DEBTOR IN PRO PER_
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____

_____
Telephone Number

_____          _____
Date                                          Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_LUSINE SHARYAN_
Printed Name and title, if any, of Bankruptcy Petition Preparer

_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_
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_14726 MESA ST._
Address

_HESPERIA, CA 92345_

X _____          _11/12/10_
                                                      Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Form B1, Exhibit C - (9/01)                                    2001 USBC, Central District of California

## Exhibit "C"

[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]

*[Caption as in Form 16B]*

# Exhibit "C" to Voluntary Petition

1.    Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_NONE_

2.    With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_NONE_

2009 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: *HOVSEP HAGOPIAN*          CHAPTER: 7

Debtor(s).    CASE NO.:

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Official Form 1- Exhibit D (Rev 12/09) Page 2

2009 USBC, Central District of California

☐  4.  I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

> ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
> ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
> ☐ Active military duty in a military combat zone.

☐  5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C.  § 109(h) does not apply in this district.


**I certify under penalty of perjury that the information provided above is true and correct**.


Signature of Debtor: _____

HOVSEP HAGOPIAN

Date: _____ 11- 12 -10 _____

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *NONE*

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *NONE*

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *NONE*

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   *NONE*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at *GLENDALE*, California.

Dated *11-12-10*

Debtor *HOUSEP/HAGOPIAN*

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

B 201 - Notice of Available Chapters (Rev. 12/08)                                        USBC, Central District of California

Name: _____

Address: _____

_____

Telephone: _____  Fax: _____

☐ Attorney for Debtor
☒ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| *HOVSEP HAGOPIAN*<br>*AKA: OVSEP AKOPIAN* | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 12/08)                                     USBC, Central District of California

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2.    Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.    Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.    Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.    Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3.    After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.    **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)                          USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_LUSINE   SHARYAN_

Printed name and title, if any, of Bankruptcy Petition Preparer

_14726 MESA ST._
_HESPERIA, CA 92345_

X _[signature]_  _11/12/10_

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

_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_

Social Security number (If the bankruptcy petition Address: preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

_HOVSEP HAGOPIAN_

Printed Name(s) of Debtor(s)

Case No. (if known) _____

_[signature]_  _11-12-10_

Signature of Debtor          Date
_HOVSEP HAGOPIAN_

X_____

Signature of Joint Debtor (if any)    Date

Form B6 - Summary (12/07)

2007 USBC, Central District of California

# FORM 6. SCHEDULES

**Summary of Schedules**

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

| Schedule A | - | Real Property |
| Schedule B | - | Personal Property |
| Schedule C | - | Property Claimed as Exempt |
| Schedule D | - | Creditors Holding Secured Claims |
| Schedule E | - | Creditors Holding Unsecured Priority Claims |
| Schedule F | - | Creditors Holding Unsecured Nonpriority Claims |
| Schedule G | - | Executory Contracts and Unexpired Leases |
| Schedule H | - | Codebtors |
| Schedule I | - | Current Income of Individual Debtor(s) |
| Schedule J | - | Current Expenditures of Individual Debtor(s) |

**Unsworn Declaration under Penalty of Perjury**

**GENERAL INSTRUCTIONS**: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Form B6 - Summary (12/07)                                                    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re *HOVSEP HAGOPIAN*                                    Case No.:
                                            Debtor.                              (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules
A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also
must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 2,930.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $ 225,894.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,373.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,245.00 |
| TOTAL | | 24 | $ 2,930.00 | $ 225,894.00 | |

Official Form B6 - Statistical Summary  (12/07)                    2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re *HOVSEP HAGOPIAN*                           CHAPTER: 7
                                    Debtor(s).    CASE NO.:

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $3,373.00 |
| Average Expenses (from Schedule J, Line 18) | $3,245.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $3,626.42 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $225,894.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $225,894.00 |

Form B6A (12/07)

2007 USBC, Central District of California

In re

_HOVSEP HAGOPIAN_

Case No.: _____

Debtor.                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| _NONE_ | | | | |
| | | | Total ➤ _0.00_ | |

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                                                2007 USBC, Central District of California

In re    *HOVSEP  HAGOPIAN*                                    Case No.:
                                                    Debtor.                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | | CASH ON HAND | — | 35.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home stead associations, or credit unions, brokerage houses, or cooperatives. | | U.S. BANK - CHECKING | – | 800.00 |
| | | | CA CREDIT UNION - CHECKING | – | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS & FURNISHINGS | – | 1,500.00 |
| 5. | Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | WEARING APPAREL | – | 550.00 |
| 7. | Furs and jewelry. | | 1 WATCH | – | 45.00 |
| 8. | Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | TERM LIFE INSURANCE (NO CASH VALUE) | – | 0.00 |
| 10. | Annuities.  Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

Form B6B - (12/07)

2007 USBC, Central District of California

In re  *HOVSEP HAGOPIAN*

Case No.:

Debtor.

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.   Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. | Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. | Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. | Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

Form B6B - (12/07)                                                      2007 USBC, Central District of California

In re  *HOVSEP  HAGOPIAN*                              Case No.: _____
                                        Debtor.                              (If known)

## SCHEDULE B -PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 24. | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. | Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. | Boats, motors, and accessories. | X | | | |
| 27. | Aircraft and accessories. | X | | | |
| 28. | Office equipment, furnishings, and supplies. | X | | | |
| 29. | Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. | Inventory. | X | | | |
| 31. | Animals. | X | | | |
| 32. | Crops - growing or harvested. Give particulars. | X | | | |
| 33. | Farming equipment and implements. | X | | | |
| 34. | Farm supplies, chemicals, and feed. | X | | | |
| 35. | Other personal property of any kind not already listed. Itemize. | X | | | |

_____*0*_____ continuation sheets attached          Total ➤    $ *2,930.00*

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Form B6C - (04/10)                                        2010 USBC, Central District of California

In re  *HOVSEP HAGOPIAN*                                Case No.:
                                            Debtor.                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled
under: (Check one box)

☐ Check if debtor claims a homestead exemption that
exceeds $146.450*.

☐  11 U.S.C. § 522(b)(2)

☒  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| *CASH ON HAND* | | | |
| CASH ON HAND | CCP§703.140(b)(5) | 35.00 | 35.00 |
| *CHECKING, SAVINGS* | | | |
| U.S. BANK - CHECKING | CCP§703.140(b)(5) | 800.00 | 800.00 |
| *HOUSEHOLD GOODS* | | | |
| HOUSEHOLD GOODS & FURNISHINGS | CCP§703.140(b)(3) | 1,500.00 | 1,500.00 |
| *WEARING APPAREL* | | | |
| WEARING APPAREL | CCP§703.140(b)(3) | 550.00 | 550.00 |
| *FURS & JEWELRY* | | | |
| I WATCH | CCP§703.140(b)(4) | 45.00 | 45.00 |

*Amount subject to adjustment on 4/1/13, and every three years there after with respect to cases commenced on or after the date of adjustment

Form B6D - (12/07)                                    2007 USBC, Central District of California

In re  *HOVSEP HAGOPIAN*                                Case No.:
                                        Debtor.                              (If known)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

*0* Continuation Sheets attached

Subtotal (Total of this page)  ➤  $

Total (Use only last page)  ➤  $  *0.00*

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6E - (Rev. 04/10)                                                    2010 USBC, Central District of California

In re   *HOVSEP HAGOPIAN*                                    Case No.: _____
_____
                                     Debtor.                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fec. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**: Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**: Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**: Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**: Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**: Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**: Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

*Amount subject to adjustment on 04/01/13, and every three years there after with respect to cases commenced on or after the date of adjustment.

Form B6E - (Rev. 04/10)                                                    2010 USBC, Central District of California

In re   *HOVSEP HAGOPIAN*                          Case No.:
                                          Debtor.                                    (If known)

☐  **Taxes and Certain Other Debts Owed to Governmental Units**: Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**: Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**: Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____*0*_____ Continuation Sheets attached

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re    *HOVSEP HAGOPIAN*
Debtor.

Case No.:
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. *6731135710123671411* AMERICAN EXPRESS P.O. BOX 297812 FT. LAUDERDALE, FL 33329 | — | | *07/2003 CREDIT CARD* | — | — | — | *3,794.00* |
| Last four digits of ACCOUNT NO. *430550035469xxxx* BANK OF AMERICA P.O. BOX 1390 NORFOLK, VA 23501 | — | | *07/2003 CREDIT CARD* | — | — | — | *3,920.00* |
| Last four digits of ACCOUNT NO. *435649000761xxxx* BANK OF AMERICA P.O. BOX 1390 NORFOLK, VA 23501 | — | | *01/2000 CREDIT CARD* | — | — | — | *5,166.00* |
| Last four digits of ACCOUNT NO. *426685101217xxxx* CHASE BANK 800 BROOKSEDGE BLVD. WESTERVILLE, OH 43081 | — | | *08/2002 CREDIT CARD* | — | — | — | *4,968.00* |

*11* Continuation Sheets attached

Subtotal ➤   $ *17,848.00*

Total
(Use only on last page of the completed Schedule F.) ➤   $
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                      2007 USBC, Central District of California

In re
 *HOVSEP HAGOPIAN*                                    Case No.:

                                          Debtor.                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 504662021224xxxx *GEMB/WHITEHALL P.O. BOX 981439 EL PASO, TX 79998* | | — | *07/2003* *CREDIT CARD* | — | — | — | *7,184.00* |
| Last four digits of ACCOUNT NO. 548042001956xxxx *HSBC BANK P.O. BOX 5253 CAROL STREAM, IL 60197* | | — | *01/2003* *CREDIT CARD* | — | — | — | *3,820.00* |
| Last four digits of ACCOUNT NO. 115002227xxxx *SEARS/CBSD P.O. BOX 6189 SIOUX FALLS, SD 57117* | | — | *03/2000* *CREDIT CARD* | — | — | — | *3,847.00* |
| Last four digits of ACCOUNT NO. 463910011904xxxx *THE CALIFORNIA C.U. 701 N. BRAND BLVD. GLENDALE, CA 91203* | | — | *12/2000* *CREDIT CARD* | — | — | — | *5,239.00* |

Sheet no. *2* of *12* sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ *20,090.00*

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)   ➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)                    2007 USBC, Central District of California

In re
         *HOVSEP HAGOPIAN*                                   Case No.:

                                              Debtor.                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 90103XXXX<br>UNION BANK<br>8155 MERCURY CT. #M712<br>SAN DIEGO, CA 92111 | — | — | 07/2003<br><br>CREDIT CARD | — | — | — | 1,068.00 |
| Last four digits of ACCOUNT NO. 517805221423XXXX<br>CAPITAL ONE BANK<br>P.O. BOX 30281<br>SALT LAKE CITY, UT 84130 | | — | 06/2002<br><br>CREDIT CARD | — | — | — | 800.00 |
| Last four digits of ACCOUNT NO. 836596XXXX<br>HSBC/SAKS<br>140 W. INDUSTRIAL DR.<br>ELMHURST, IL 60126 | — | — | 07/2003<br><br>CREDIT CARD | — | — | — | 8,390.00 |
| Last four digits of ACCOUNT NO. 115DD2227XXXX<br>LVNV FUNDING LLC.<br>P.O. BOX 10497<br>GREENVILLE, SC 29603 | — | — | 04/2004<br><br>COLLECTION ACCT. | — | — | — | 4,922.00 |

Sheet no. __3__ of __12__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 14,460.00

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

➤  $

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re   *HOVSEP HAGOPIAN*

Case No.:

Debtor.    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 431196629809xxxx *UNIFUND* 10625 TECHWOODS CIR. CINCINNATI, OH 45242 | – | | 05/2005 COLLECTION ACCOUNT | – | – | – | 4,837.00 |
| Last four digits of ACCOUNT NO. 1970365 *PERFORMANCE CAPITAL MGMT.* 7001 VILLAGE DR. #255 BUENA PARK, CA 90621 | – | | 09/2006 COLLECTION ACCOUNT | – | – | – | 1,615.00 |
| Last four digits of ACCOUNT NO. 30334xxxx *LVNV FUNDING LLC.* P.O. BOX 10497 GREENVILLE, SC 29603 | – | | 11/2006 COLLECTION ACCT. | | | | 283.00 |
| Last four digits of ACCOUNT NO. 34414886 *ARROW FINANCIAL SERVICES* 5996 W. TOUHY AVE. NILES, IL 60714 | – | | 03/2006 COLLECTION ACCT. | – | – | – | 11,645.00 |

Subtotal ➤ $ *18,380.00*

Sheet no. *4* of *12* sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re  *HOVSEP HAGOPIAN*

Case No.: _____

Debtor.                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 435649000776/XXXX  LVNV FUNDING LLC  P.O. BOX 10497  GREENVILLE, SC 29603 | – | – | 03/2004  COLLECTION ACCT. | – | | | 8,574.00 |
| Last four digits of ACCOUNT NO. 3101XXXX  ASSET ACCEPTANCE LLC  P.O. BOX 2036  WARREN, MI 48090 | – | – | 12/2006  COLLECTION ACCT. | | | – | 2,789.00 |
| Last four digits of ACCOUNT NO. 3167XXXX  ASSET ACCEPTANCE LLC.  P.O. BOX 2036  WARREN, MI 48090 | – | – | 01/2007  COLLECTION ACCT. | – | – | – | 1,254.00 |
| Last four digits of ACCOUNT NO. 3317XXXX  ASSET ACCEPTANCE LLC.  P.O. BOX 2036  WARREN, MI 48090 | – | – | 05/2007  COLLECTION ACCT. | – | – | – | 885.00 |

Subtotal ► $ 13,502.00

Sheet no. _5_ of _12_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

► $

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re  *HOVSEP HAGOPIAN*

Case No.: _____

Debtor.                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 51210750241 9xxxx  *LVNV FUNDING P.O. BOX 10497 GREENVILLE, SC 29603* | | — | *04/2005*  *COLLECTION ACCT.* | — | | — | *3,005.00* |
| Last four digits of ACCOUNT NO. 1775086  *PERFORMANCE CAPITAL MGMT. 7001 VILLAGE DR. #255 BUENA PARK, CA 90621* | | — | *05/2005*  *COLLECTION ACCT.* | — | | | *6,352.00* |
| Last four digits of ACCOUNT NO. 410413750715xxxx  *PORTFOLIO RECOVERY 120 CORPORATE BLVD. #1 NORFOLK, VA 23502* | | — | *09/2007*  *COLLECTION ACCT.* | — | — | | *3,809.00* |
| Last four digits of ACCOUNT NO. 851067xxxx  *MIDLAND CREDIT MGMT. 8875 AERO DR. SAN DIEGO, CA 92123* | | — | *05/2005*  *COLLECTION ACCT.* | — | — | — | *8,227.00* |

Sheet no. **6** of **12** sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ *21,393.00*

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)
➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

In re

*HOVSEP HAGOPIAN*                                    Case No.:

                                              Debtor.                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. *1000203697653xxxx* *MITSUBISHI MOTOR CREDIT* *10805 HOLDER ST. #301* *CYPRESS, CA 90630* | | X | *07/2003* *DEFICIENCY ON REPOSSESSED AUTO LOAN* | − | − | − | *37,336.00* |
| Last four digits of ACCOUNT NO. *5121080100082xxxx* *LVNV FUNDING LLC.* *P.O. BOX 10497* *GREENVILLE, SC 29603* | | X | *04/2005* *COLLECTION ACCT.* | − | − | − | *3,792.00* |
| Last four digits of ACCOUNT NO. *8182918486382xxxx* *NATIONAL ACCT. ADJUSTERS* *7290 SAMUEL DR. #200* *DENVER, CO 80221* | | | *09/2007* *COLLECTION ACCT.* | − | − | | *357.00* |
| Last four digits of ACCOUNT NO. *PALIGRTSEN1627xxxx* *PALISADES COLLECTION LLC.* *210 SYLVAN AVE.* *ENGLEWOOD, NJ 07632* | | | *02/2007* *COLLECTION ACCT.* | − | − | | *7,184.00* |

Subtotal ➤ $ *48,669.00*

Sheet no. *7* of *12* sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.) ➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re    *HOVSEP HAGOPIAN*

Case No.:

Debtor.

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 41041375071 5 XXXX CHASE/CIRCUIT CITY P.O. BOX 15678 WILMINGTON, DE 19850 | | — | 07/2003 CREDIT CARD | — | — | — | 3,681.00 |
| Last four digits of ACCOUNT NO. 601100074078 XXXX DISCOVER FIN. SVCS. P.O. BOX 15316 WILMINGTON, DE 19850 | | — | 02/2002 CREDIT CARD | | | — | 2,288.00 |
| Last four digits of ACCOUNT NO. 430851713082 XXXX FDS BANK 9111 DUKE BLVD. MASON, OH 45040 | | — | 02/2003 CREDIT CARD | — | — | — | 775.00 |
| Last four digits of ACCOUNT NO. 601859005508 XXXX GEMB/BANANA REP. P.O. BOX 981400 EL PASO, TX 79998 | | — | 07/2003 CREDIT CARD | — | — | — | 1,038.00 |

Subtotal ➤ $ 7,782.00

Sheet no. *8* of *12* sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re   *HOVSEP HAGOPIAN*                                Case No.: _____
                                        Debtor.                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 60185951668lxxxx<br>*GEMB/GAP*<br>*P.O. BOX 981400*<br>*EL PASO, TX 79998* | | — | *07/2003*<br>*CREDIT CARD* | — | — | — | *733.00* |
| Last four digits of ACCOUNT NO. 636190xxxx<br>*GEMB/JCPENNEY*<br>*P.O. BOX 981131*<br>*EL PASO, TX 79998* | | — | *05/2003*<br>*CREDIT CARD* | — | — | — | *2,311.00* |
| Last four digits of ACCOUNT NO. 604589114330xxxx<br>*GEMB/MERVYNS*<br>*P.O. BOX 981064*<br>*EL PASO, TX 79998* | | — | *06/2003*<br>*CREDIT CARD* | — | — | — | *440.00* |
| Last four digits of ACCOUNT NO. 700117700074xxxx<br>*HSBC BANK/COSTCO*<br>*P.O. BOX 15524*<br>*WILMINGTON, DE 19850* | | — | *03/1999*<br>*CREDIT CARD* | — | — | — | *2,068.00* |

Sheet no. _9_ of _12_ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ *5,552.00*

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

► $

Form B6F (Official Form 6F) - (Rev. 12/07)

In re _HOVSEP HAGOPIAN_                                      2007 USBC, Central District of California

Case No.: _____
                                                  Debtor.                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _7001770xxxx_ LVNV FUNDING LLC. P.O. BOX 10497 GREENVILLE, SC 29603 | | — | 02/2005 ADDITIONAL NOTICE FOR: HSBC BANK/COSTCO (LISTED ON PAGE 9) | — | — | — | N/A |
| Last four digits of ACCOUNT NO. _5178059 1xxxx_ CAPITAL ONE BANK P.O. BOX 30281 SALT LAKE CITY, UT 84130 | | — | 08/2010 CREDIT CARD | | | | 54.00 |
| Last four digits of ACCOUNT NO. _806xxxx_ NCO FINANCIAL/22 507 PRUDENTIAL RD. HORSHAM, PA 19044 | | — | 09/2005 COLLECTION ACCT. | — | — | — | 23,618.00 |
| Last four digits of ACCOUNT NO. _49026xxxx_ DSNB/MACYS P.O. BOX 8218 MASON, OH 45040 | | — | 02/2003 CREDIT CARD | — | — | | 30.00 |

Sheet no. _10_ of _12_ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 23,702.00

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)     ➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re _HOVSEP  HAGOPIAN_,

Case No.: _____

Debtor.

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _60353201XXXX_ THE HOME DEPOT/CBSD P.O. BOX 6497 SIOUX FALLS, SD 57117 | — | — | 09/2004 CREDIT CARD | | | — | 1,186.00 |
| Last four digits of ACCOUNT NO. _12317703_ CAVALRY PORTFOLIO SVCS. P.O. BOX 27288 TEMPE, AZ 85285 | | — | 11/2007 LISTED IN THE ABUNDANCE OF CAUTION | | | | UNKNOWN |
| Last four digits of ACCOUNT NO. _07C04144_ AIS SERVICES LLC. 8996 MIRAMAR RD. #220 SAN DIEGO, CA 92126 | — | | 08/2007 CIVIL CLAIM JUDGMENT | | | | 5,714.00 |
| Last four digits of ACCOUNT NO. _1112XXXX_ GENESIS FINANCIAL SOL. 8705 SW. NIMBUS AVE. #A BEAVERTON, OR 97008 | | | 10/2008 ADDITIONAL NOTICE FOR: HSBC BANK - LISTED ON PAGE 2 | | | | N/A |

Sheet no. _11_ of _12_ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 6,900.00

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re    *HOVSEP HAGOPIAN*

Case No.:

Debtor.    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 85100000021XXXX MMCA/C1 P.O. BOX 91614 MOBILE, AL 36691 | — | — | 07/2003 DEFICIENCY ON REPOSSESSED AUTO LOAN | — | — | — | 27,616.00 |
| Last four digits of ACCOUNT NO. 46391001XXXX LA TEACHERS CREDIT UNION 3330 CAHUENGA BLVD. WEST LOS ANGELES, CA 90068 | — | — | 12/2000 ADDITIONAL NOTICE FOR: CA CREDIT UNION — (LISTED ON PAGE 2) | | | | N/A |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

Sheet no. *12* of *12* sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 27,616.00

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

➤ $ 225,894.00

Form B6G - (12/07)                                                                    2007 USBC, Central District of California

In re   *HOVSEP HAGOPIAN*                          Case No.:
                                          Debtor.                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide
the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor chi d is a party to one of the
leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John
Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

X Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6H - (12/07)                                                      2007 USBC, Central District of California

In re   _HOVSEP HAGOPIAN_                          Case No.:
                                        Debtor.    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I - (Rev. 12/07)                                                    2007 USBC, Central District of California

In re  *HOVSEP HAGOPIAN*                    Case No.:
                                        Debtor.                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *DIVORCED* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) *NONE* | AGE(S) |
| Employment: | DEBTOR | SPOUSE |
| Occupation | *PRIEST* | *N/A* |
| Name of Employer | *WESTERN DIOCESE OF THE ARMENIAN CHURCH* | |
| How Long Employed | *7 YEARS* | |
| Address of Employer | *3325 N. GLENOAKS BLVD. BURBANK, CA 91504* | |

INCOME: (Estimate of average or projected monthly income at time case filed)                    DEBTOR           SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ *3,626.00* | $ *N/A* |
| 2. | Estimate monthly overtime | $ *0.00* | $ |
| 3. | **SUBTOTAL** | $ *3,626.00* | $ |
| 4. | **LESS PAYROLL DEDUCTIONS** | | |
| | a.  Payroll taxes and social security | $ *253.00* | $ |
| | b.  Insurance | $ *0.00* | $ |
| | c.  Union dues | $ *0.00* | $ |
| | d.  Other (specify) _____ | $ *0.00* | $ |
| 5. | **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ *253.00* | $ |
| 6. | **TOTAL NET MONTHLY TAKE HOME PAY** | $ *3,373.00* | $ |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ |
| 8. | Income from real property | $ *0.00* | $ |
| 9. | Interest and dividends | $ *0.00* | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ |
| 11. | Social security or other government assistance (Specify) _____ | $ *0.00* | $ |
| 12. | Pension or retirement income | $ *0.00* | $ |
| 13. | Other monthly income (Specify) _____ | $ *0.00* | $ |
| | | $ *0.00* | $ |
| 14. | **SUBTOTAL OF LINES 7 THROUGH 13** | $ *3,373.00* | $ |
| 15. | **AVERAGE MONTHLY INCOME:** (Add amounts shown on lines 6 and 14) | $ *3,373.00* | $ |
| 16. | **COMBINED AVERAGE MONTHLY INCOME** (Combine column totals from line 15) | | $ *3,373.00* |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

*N/A*

Form B6J - (Rev. 12/07)

2007 USBC, Central District of California

In re _HOVSEP HAGOPIAN_

Case No.:

Debtor.                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                $ _1,500.00_

   a. Are real estate taxes included?      Yes _____    No __X__
   b. Is property insurance included?      Yes _____    No __X__

2. Utilities: a. Electricity and heating fuel                                       $ _180.00_
             b. Water and sewer                                                     $ _____
             c. Telephone                                                          $ _35.00_
             d. Other ___CABLE, CELL PHONE___                                       $ _110.00_
3. Home maintenance (repairs and upkeep)                                            $ _____
4. Food                                                                             $ _500.00_
5. Clothing                                                                         $ _20.00_
6. Laundry and dry cleaning                                                         $ _35.00_
7. Medical and dental expenses                                                      $ _150.00_
8. Transportation (not including car payments)                                      $ _250.00_
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                 $ _45.00_
10. Charitable contributions                                                        $ _30.00_
11. Insurance (not deducted from wages or included in home mortgage payments)
             a. Homeowner's or renter's                                            $ _____
             b. Life                                                               $ _340.00_
             c. Health                                                             $ _____
             d. Auto                                                               $ _____
             e. Other _____                              $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                       $ _____
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
             a. Auto                                                               $ _____
             b. Other _____                              $ _____
             c. Other _____                              $ _____
14. Alimony, maintenance, and support paid to others                                $ _____
15. Payments for support of additional dependents not living at your home           $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) $ _____
17. Other _____                                           $ _____

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17, Report also on Summary of Schedules and,   $ _3,245.00_
    If applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: _____

20. STATEMENT OF MONTHLY NET INCOME
       a. Total monthly income from Line 15 of Schedule I                           $ _3,373.00_
       b. Total monthly expenses from Line 18 above                                 $ _3,245.00_
       c. Monthly net income (a. minus b.)                                          $ _128.00_

Form B6 - Declaration (Rev. 12/07)                                      2007 USBC, Central District of California

In re  *HOVSEP HAGOPIAN*                             Case No.: _____

                                                     Debtor.  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____*2.4*____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ____*11-12-10*____                  Signature: _____
                                                     Debtor  *HOVSEP HAGOPIAN*

Date _____                Signature: _____
                                                     (Joint Debtor, if any)
                                                     [If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

*LUSINE SHARYAN*                              *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*
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No.
                                                                            *(Required by 11 U.S.C. § 110.)*

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

*14726 MESA ST.*
*HESPERIA, CA 92345*
Address

X _____                  *11/12/10*
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.      *(Total shown on summary page plus 1.)*

Date _____                Signature: _____

                                                     _____
                                                     [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re        *HOVSEP HAGOPIAN*                              Case No.:
                                              Debtor.                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## Definitions

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

**"Insider."** The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

1.      **Income from Employment or Operation of Business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation
☐       of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *$35,651.00* | *2010 EST. YTD INCOME FROM EMPLOYMENT* |
| *$22,500.00* | *2009 EMPLOYMENT* |
| *$32,209.00* | *2008 EMPLOYMENT* |

**2.    Income Other than from Employment or Operation of Business**

None
[X]

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3.    Payments to Creditors**

*Complete a. or b., as appropriate, and c.*

None
[X]

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
[X]

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None   c.   All debtors: List all payments made within **one year** immediately preceding the commencement of this case to or
☒        for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
         include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

4.     **Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☒        preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
         information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

None   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
☒        year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
         13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 4 - (Rev. 04/10)                    2010 USBC, Central District of California

**5.    Repossessions, Foreclosures and Returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.    Assignments and Receiverships**

None ☒   a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

None ☒   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 5 - (Rev. 04/10)                2010 USBC, Central District of California

**7.    Gifts**

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case
☒      except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
       and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or
       chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

**8.    Losses**

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☒      of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must
       include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
       a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

**9.    Payments Related to Debt Counseling or Bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐      consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
       within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| LUSINE SHARYAN 14726 MESA ST. HESPERIA, CA 92345 | 11/01/2010 | # 150.00 |

Statement of Financial Affairs (Form 7) - Page 6 - (Rev. 04/10)          2010 USBC, Central District of California

**10.  Other Transfers**

None   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of
☒       the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement
        of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | | |
|---|---|---|
| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERED AND VALUE RECEIVED |

None   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
☒       to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed Financial Accounts**

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
☐       closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
        checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
        held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
        institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
        instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *CHASE BANK* | *CHECKING ACCOUNT* | *12/2009 $ 0.00* |

**12.     Safe Deposit Boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
☒       within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
        chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless
        the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.     Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☒       the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information
        concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
        petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.     Property Held for Another Person**

None    List all property owned by another person that the debtor holds or controls.
☒

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.    Prior Address of Debtor**

None    If debtor has moved within **three years** immediately preceding the commencement of this case, ist all premises  which
☒       the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is  filed,
        report also any separate address of either spouse.

ADDRESS                      NAME USED                           DATES OF OCCUPANCY


**16.    Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☐       California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
        immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former
        spouse who resides or resided with the debtor in the community property state.

NAME

*MANIK MANVELIAN*


**17.    Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None    a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit
☒           that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental
            unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME                NAME AND ADDRESS              DATE OF            ENVIRONMENTAL
AND ADDRESS              OF GOVERNMENTAL UNIT          NOTICE             LAW

None ☒ b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release
           of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒ c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
           respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
           was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.   Nature, Location and Name of Business

None ☒ a.  *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
           and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
           executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession,
           or other activity either full- or part-time within **six years** immediately preceding the commencement of this case,
           or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
           preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
   and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
   of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
   and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
   of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN' OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as    defined
☒       in 11 U.S.C. § 101.

        NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.   Books, Records and Financial Statements**

None  a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy
☒       case kept or supervised the keeping of books of account and records of the debtor.

        NAME AND ADDRESS                        DATES SERVICES RENDERED

---

None  b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have
☒       audited the books of account and records, or prepared a financial statement of the debtor

        NAME                    ADDRESS                DATES SERVICES RENDERED

---

None  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☒       account and records of the debtor.  If any of the books of account and records are not available, explain.

        NAME                                    ADDRESS

None   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
⊠         financial statement was issued by the debtor within **two years** immediately preceding the commencement of this
           case.

           NAME AND ADDRESS                     DATE ISSUED

---

**20.    Inventories**

None   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
⊠         of each inventory, and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | |

---

None   b.  List the name and address of the person having possession of the records of each of the inventories reported
⊠         in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21.    Current Partners, Officers, Directors and Shareholders**

None   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
⊠         partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 12 - (Rev. 04/10)          2010 USBC, Central District of California

None  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
⊠        indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

    NAME AND ADDRESS                    TITLE                NATURE AND PERCENTAGE
                                                            OF STOCK OWNERSHIP

## 22. Former Partners, Officers, Directors and Shareholders

None  a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
⊠        preceding the commencement of this case.

    NAME                          ADDRESS                DATE OF WITHDRAWAL

None  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
⊠        **one year** immediately preceding the commencement of this case.

    NAME AND ADDRESS                    TITLE                DATE OF TERMINATION

## 23. Withdrawals from a Partnership or Distributions by a Corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
⊠    including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
     during **one year** immediately preceding the commencement of this case.



    NAME AND ADDRESS                                      AMOUNT OF MONEY
    OF RECIPIENT,            DATE AND PURPOSE            OR DESCRIPTION
    RELATIONSHIP TO DEBTOR      OF WITHDRAWAL           AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☒       consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
         preceding the commencement of the case.

NAME OF PARENT CORPORATION                           TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
☒       the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding
         the commencement of the case.

NAME OF PENSION FUND                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

• • • • • • • • •

Statement of Financial Affairs (Form 7) - Page 14 - (Rev. 04/10)                                    2010 USBC, Central District of California

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____ *11-12-10* _____          Signature _____
                                                           *Debtor* *HOVSEP HAGOPIAN*

Date _____          Signature _____
                                                           *Joint Debtor (if any)*

--------------------------------------------------------------------------------------

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

                                                           _____
                                                           Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets added

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

--------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

*LUSINE  SHARYAN*                                      *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*
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Complete Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

*14726 MESA ST.*
*HESPERIA,  CA  92345*
Address

_____          _____ *11/12/10* _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***

Form B8 (Official Form 8) - (Rev. 12/08) - Page 1                    2008 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re *HOVSEP HAGOPIAN*                            Case No.:
                                          Debtor    Chapter: 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. (Part A must be fully completed for **EACH** deb: which is secured by property of the estate.  Attach additional pages if necessary.)

Property No. 1

**Creditor's Name:**            **Describe Property Securing Debt:**

*NONE*

Property will be (*check one*):
___ Surrendered            ___ Retained

If retaining the property, I intend to (*check at least one*):
___ Redeem the property
___ Reaffirm the debt
___ Other.  Explain_____ (for example, avoid lien using
11  U.S.C. § 522(f)).

Property is (*check one*):
___ Claimed as exempt        ___ Not claimed as exempt

Property No. 2 (*if necessary*)

**Creditor's Name:**            **Describe Property Securing Debt:**

*NONE*

Property will be (*check one*):
___ Surrendered            ___ Retained

If retaining the property, I intend to (*check at least one*):
___ Redeem the property
___ Reaffirm the debt
___ Other.  Explain_____ (for example, avoid lien using
11 U.S.C. § 522(f)).

Property is (*check one*):
___ Claimed as exempt        ___ Not claimed as exempt

Form B8 (Official Form 8) - (Rev. 12/08) - Page 2          2008 USBC, Central District of California

**PART B –** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br><br> *NONE* | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> YES ___       NO ___ |

| Property No. 2 (*if necessary*) | | |
|---|---|---|
| **Lessor's Name:** <br><br> *NONE* | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> YES ___       NO ___ |

| Property No. 3 (*if necessary*) | | |
|---|---|---|
| **Lessor's Name:** <br><br> *NONE* | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> YES ___       NO ___ |

___*0*___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____*11-12-10*_____

Signature of Debtor _____
                    *HOVSEP  HAGIOPIAN*

Signature of Joint Debtor _____

Statement Regarding Assistance of Non-Attorney - Local Bankruptcy Rule 1002-1 (Rev. 12/03)          2003 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re

*HOVSEP HAGOPIAN
AKA: OVSEP AKOPIAN*

Case No.:

Chapter: *7*

**STATEMENT REGARDING ASSISTANCE OF
NON-ATTORNEY WITH RESPECT TO
THE FILING OF BANKRUPTCY CASE**

**THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:**

☒    I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

1.    I paid the sum of $ *150.00*

2.    I still owe the sum of $ *0.00*

3.    I agreed to turn over or give a security interest in the following property: *N/A*

4.    The name of the person or the name of the firm that assisted me was:

Name: *LUSINE SHARYAN*

Address: *14726 MESA ST., HESPERIA, CA 92345*

Telephone: *818-624-8808*

☐    I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _____*GLENDALE*_____, California.

Executed on: _____*11-12-10*_____
                               Date

_____
Debtor    *HOVSEP HAGOPIAN*

_____
Joint Debtor

Disclosure of Compensation - (Rev. 12/03)                    2003 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Attorney or Party Name, Address, and Telephone Number

HOVSEP HAGOPIAN
1620 N. SAN FERNANDO BLVD. #15
BURBANK, CA 91504

FOR COURT USE ONLY

In re

HOVSEP HAGOPIAN

CASE NO.:

CHAPTER: 7

Debtor Address:
1620 N. SAN FERNANDO BLVD., #15
Debtor. BURBANK, CA 91504

# DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1.  Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For document preparations services, I have agreed to accept . . . . . . . . . . . . . . . . . . $ 150.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 150.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2.  I have prepared or caused to be prepared the following documents (itemize):

    COMPLETE BANKRUPTCY CHAPTER 7 VOLUNTARY PETITION.

    and provided the following services (itemize):

    PREPARE COMPLETE BANKRUPTCY CHAPTER 7 VOLUNTARY
                                                              PETITION.

3.  The source of the compensation paid to me was:

    ☒ debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is: N/A

    ☐ debtor        ☐ Other (specify):

5.  The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.  To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

    LUSINE SHARYAN                        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
    Name                                  Complete Social Security Number

Disclosure of Compensation - Page 2 - (Rev. 12/03)                    2003 USBC, Central District of California

In re                                                    Case No.:
_HOVSEP HAGOPIAN_                           Debtor.                              (If known)

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____        _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_        _11/12/10_
Signature                               Complete Social Security Number    Date

Name (Print):    _LUSINE SHARYAN_

Address:    _14726 MESA ST._
            _HESPERIA, CA 92345_

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

Form 19 - Page 1  (Rev. 12/07)_ 2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re  *HOVSEP HAGOPIAN*

Case No.:

Debtor.    (If known)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY
## BANKRUPTCY PETITION PREPARER (11 U.S.C. § 110)

I declare under penalty of perjury that:
(1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110;
(2) I prepared the accompanying document(s) listed below for compensation and have provided the debtor with a copy of the document(s) and the attached notice as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and
(3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Accompanying documents:

*COMPLETE BANKRUPTCY*
*CHAPTER 7 VOLUNTARY*
*PETITION*

*LUSINE SHARYAN*
Printed or Typed Name anc Title, if any, of Bankruptcy Petition Preparer

*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*
Social Security No. of Bankruptcy Petition Preparer
(Required by 11 U.S.C. § 110)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.*

*14726 MESA ST.*
*HESPERIA, CA 92345*
Address

X _____
Signature of Bankruptcy Petition Preparer

*11/12/10*
Date

Names and social-security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.**

Form 19 - Page 2  (Rev. 12/07)        **2007 USBC, Central District of California**

| In re | | Case No.: |
|---|---|---|
| *HOVSEP HAGOPIAN* | Debtor. | (If known) |

## NOTICE TO DEBTOR BY NON-ATTORNEY BANKRUPTCY PETITION PREPARER

*[Must be filed with any document(s) prepared by a bankruptcy petition preparer.]*

I am a bankruptcy petition preparer.  I am not an attorney and may not practice law or give legal advice.  Before preparing any document for filing as defined in § 110(a)(2) of the Bankruptcy Code or accepting any fees, I am required by law to provide you with this notice concerning bankruptcy petition preparers.  Under the law, § 110 of the Bankruptcy Code (11 U.S.C. § 110), I am forbidden to offer you any legal advice, including advice about any of the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether commencing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to retain your home, car, or other property after commencing a case under the Bankruptcy Code;
- the tax consequences of a case brought under the Bankruptcy Code;
- the dischargeability of tax claims;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement with a creditor to reaffirm a debt;
- how to characterize the nature of your interests in property or your debts; or
- bankruptcy procedures and rights.

*[The notice may provide additional examples of legal advice that a bankruptcy petition preparer is not authorized to give.]*

In addition, under 11 U.S.C. § 110(h), the Supreme Court or the Judicial Conference of the United States may promulgate rules or guidelines setting a maximum allowable fee chargeable by a bankruptcy petition preparer.  As required by law, I have notified you of this maximum allowable fee, if any, before preparing any document for filing or accepting any fee from you.

_____    _11-12-10_          _____    _____
Signature of Debtor        Date              Joint Debtor (if any)        Date
*[In a joint case, both spouses must sign.]*
      *HOVSEP HAGOPIAN*

February 2006                                    2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  *HOVSEP HAGOPIAN*　　　　　　　　　Debtor(s). | CHAPTER: 7<br>CASE NO.: |

## DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, *HOVSEP HAGOPIAN*＿＿＿＿＿, the debtor in this case, declare under penalty
　　(Print Name of Debtor)

of perjury under the laws of the United States of America that:

☒　I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐　I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐　I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿, the debtor in this case, declare under penalty of
　　(Print Name of Joint Debtor, if any)

perjury under the laws of the United States of America that:

☐　I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐　I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐　I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date ＿＿*11-12-10*＿＿　　　Signature ＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Debtor *HOVSEP HAGOPIAN*

Date ＿＿＿＿＿＿＿＿＿　　　Signature ＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　*Joint Debtor (if any)*

Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA  91504

Paystub Detail
PAY DATE: 11/01/2010
NET PAY: $935.07

Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504

**EMPLOYER**
Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA  91504

**EMPLOYEE**
Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504
SS#: ...4682

**MEMO:**

**PAY PERIOD**

| | |
|---|---|
| Period Beginning: | 10/16/2010 |
| Period Ending: | 10/31/2010 |
| Pay Date: | 11/01/2010 |

| OTHER PAY: | Current | Year To Date |
|---|---|---|
| Clergy Housing (In-Kind) | $751.88 | $15,037.60 |

| NET PAY: | **$935.07** |
|---|---|

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1061.33 | 20613.30 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 18.42 | 307.10 |
| Social Security | 65.80 | 1278.02 |
| Medicare | 15.39 | 298.89 |
| CA Income Tax | 14.97 | 270.70 |
| CA State Disability Ins | 11.68 | 226.75 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,061.33 | $20,613.30 |
| Taxes | $126.26 | $2,381.46 |
| Deductions | $0.00 | $0.00 |

| Net Pay | **$935.07** |
|---|---|

ESTERN DIOCESE OF THE ARMENIAN CHURCH

10023

Fr. Hovsep Hagopian                                    10/29/2010

Oct (2) payroll                          1,061.33
Oct (2) payroll                            751.88
Oct (2) payroll taxes                     -126.26

Bank of America - Ch    Oct (2) payroll                         1,686.95

Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA  91504

**Paystub Detail**
**PAY DATE: 10/15/2010**
**NET PAY: $935.08**

Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504

**EMPLOYER**
Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA 91504

**EMPLOYEE**
Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504
SS#: _4682

| PAY PERIOD | |
| --- | --- |
| Period Beginning: | 10/01/2010 |
| Period Ending: | 10/15/2010 |
| Pay Date: | 10/15/2010 |

| OTHER PAY: | Current | Year To Date |
| --- | --- | --- |
| Clergy Housing (In-Kind) | $751.88 | $14,285.72 |

| NET PAY: | | $935.08 |
| --- | --- | --- |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Salary | - | - | 1061.33 | 19551.97 |

| DEDUCTIONS | Current | YTD |
| --- | --- | --- |
| | | |

| TAXES | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | 18.42 | 288.68 |
| Social Security | 65.80 | 1212.22 |
| Medicare | 15.39 | 283.50 |
| CA Income Tax | 14.97 | 255.73 |
| CA State Disability Ins | 11.67 | 215.07 |

| SUMMARY | Current | YTD |
| --- | --- | --- |
| Total Pay | $1,061.33 | $19,551.97 |
| Taxes | $126.25 | $2,255.20 |
| Deductions | $0.00 | $0.00 |

| Net Pay | $935.08 |
| --- | --- |

WESTERN DIOCESE OF THE ARMENIAN CHURCH

9972

Fr. Hovsep Hagopian                                          10/15/2010

Oct (1) Payroll                                                1,061.33
Oct (1) Payroll                                                  751.88
Oct (1) Payroll taxes                                          -126.25

Bank of America - Ch    Oct (1) Payroll                         1,686.96

Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA  91504

Paystub Detail
PAY DATE: 10/01/2010
NET PAY: $935.07

Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504

**EMPLOYER**
Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA  91504

**EMPLOYEE**
Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504
SS#: ...4682

| PAY PERIOD | |
|---|---|
| Period Beginning: | 09/16/2010 |
| Period Ending: | 09/30/2010 |
| Pay Date: | 10/01/2010 |

| OTHER PAY: | Current | Year To Date |
|---|---|---|
| Clergy Housing (In-Kind) | $751.88 | $13,533.84 |

| NET PAY: | | $935.07 |
|---|---|---|

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1061.33 | 18490.64 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 18.42 | 270.26 |
| Social Security | 65.80 | 1146.42 |
| Medicare | 15.39 | 268.11 |
| CA Income Tax | 14.97 | 240.76 |
| CA State Disability Ins | 11.68 | 203.40 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,061.33 | $18,490.64 |
| Taxes | $126.26 | $2,128.95 |
| Deductions | $0.00 | $0.00 |

| Net Pay | $935.07 |
|---|---|

WESTERN DIOCESE OF THE ARMENIAN CHURCH

9896

Fr. Hovsep Hagopian                                    9/30/2010

Sep (2) Payroll                          1,061.33
Sep (2) Payroll parsobage                  751.88
Sep (2) Payroll taxes              \      -126.26

Bank of America - Ch    Sep (2) Payroll                              1,686.95

Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA  91504

Paystub Detail
PAY DATE: 09/16/2010
NET PAY: $935.08

Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504

**EMPLOYER**
Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA  91504

**EMPLOYEE**
Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504
SS#: ...4682

**PAY PERIOD**
| | |
|---|---|
| Period Beginning: | 09/01/2010 |
| Period Ending: | 09/15/2010 |
| Pay Date: | 09/16/2010 |

| OTHER PAY: | Current | Year To Date |
|---|---|---|
| Clergy Housing (In-Kind) | $751.88 | $12,781.96 |

NET PAY:                                                $935.08

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1061.33 | 17429.31 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 18.42 | 251.84 |
| Social Security | 65.81 | 1080.62 |
| Medicare | 15.38 | 252.72 |
| CA Income Tax | 14.97 | 225.79 |
| CA State Disability Ins | 11.67 | 191.72 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,061.33 | $17,429.31 |
| Taxes | $126.25 | $2,002.69 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$935.08** | |

ESTERN DIOCESE OF THE ARMENIAN CHURCH                                            9858

                                                            9/15/2010
    Hovsep Hagopian
                                    Sep (1) payroll                       1,061.33
                                    Sep (1) payroll                         751.88
                                    Sep (1) payroll taxes                  -126.25


    Bank of America - Ch    Sep (1) payroll                               1,686.96

Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA  91504

Paystub Detail
PAY DATE: 09/01/2010
NET PAY: $935.07

Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504

**EMPLOYER**
Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA  91504

**EMPLOYEE**
Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504
SS#: ...4682

**MEMO:**

**PAY PERIOD**
| | |
|---|---|
| Period Beginning: | 08/16/2010 |
| Period Ending: | 08/31/2010 |
| Pay Date: | 09/01/2010 |

| **OTHER PAY:** | Current | Year To Date |
|---|---|---|
| Clergy Housing (In-Kind) | $751.88 | $12,030.08 |

| **NET PAY:** | | $935.07 |
|---|---|---|

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1061.33 | 16367.98 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 18.42 | 233.42 |
| Social Security | 65.80 | 1014.81 |
| Medicare | 15.39 | 237.34 |
| CA Income Tax | 14.97 | 210.82 |
| CA State Disability Ins | 11.68 | 180.05 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,061.33 | $16,367.98 |
| Taxes | $126.26 | $1,876.44 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$935.07** | |

**'ESTERN DIOCESE OF THE ARMENIAN CHURCH**

9813

Fr. Hovsep Hagopian                                                    8/31/2010

Payroll Aug (2)                                  1,061.33
Payroll Aug (2)                                    751.88
Payroll Aug (2) taxes                             -126.26

Bank of America - Ch    Payroll Aug (2)                              1,686.95

Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA  91504

Paystub Detail
PAY DATE: 08/16/2010
NET PAY: $935.08

Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504

**EMPLOYER**
Western Diocese of the Armenian Church
3325 N Glenoaks Blvd
Burbank CA  91504

**EMPLOYEE**
Hovsep Hagopian
1620 N. San Fernando Rd
# 15
Burbank CA  91504
SS#: ...4682

**PAY PERIOD**

| | |
|---|---|
| Period Beginning: | 08/01/2010 |
| Period Ending: | 08/15/2010 |
| Pay Date: | 08/16/2010 |

**OTHER PAY:**

| | Current | Year To Date |
|---|---|---|
| Clergy Housing (In-Kind) | $751.88 | $11,278.20 |

**NET PAY:** $935.08

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1061.33 | 15306.65 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 18.42 | 215.00 |
| Social Security | 65.80 | 949.01 |
| Medicare | 15.39 | 221.95 |
| CA Income Tax | 14.97 | 195.85 |
| CA State Disability Ins | 11.67 | 168.37 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,061.33 | $15,306.65 |
| Taxes | $126.25 | $1,750.18 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$935.08**

WESTERN DIOCESE OF THE ARMENIAN CHURCH

Fr. Hovsep Hagopian                                                                                    9 7 ‎

|  | Aug (1) Payroll | 8/13/2010 |  |
|---|---|---|---|
|  | Aug (1) Payroll |  | 1,061.33 |
|  | Aug (1) Payroll taxes |  | 751.88 |
|  |  |  | -126.25 |

Bank of America - Ch    Aug (1) Payroll

1,686.96

Form B22A (Chapter 7) (04/10)　　　　　　　　　　　　　　　　　　　　　**2010 USBC, Central District of California**

| In re: | | Case No.: |
|---|---|---|
| *HOVSEP HAGOPIAN* | Debtor. | (If known) |

---

According to the calculations required by this statement:
☐ **The presumption arises.**
☒ **The presumption does not arise.**
☐ **The presumption is temporarily inapplicable.**
(Check the box as directed in Part I, III, and VI of this statement)

---

# STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION
# FOR USE IN CHAPTER 7

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement. Joint debtors may complete one statement only.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1. A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐　**Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |
| 1. B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐　Declaration of non-consumer debts. By checking this box, I declare that my debts are not primarily consumer debts. |
| 1.C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐　**Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>　　　a. ☐　I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>　　　　　　☐　I remain on active duty /or/<br>　　　　　　☐　I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>　　　　　　OR<br><br>　　　b. ☐　I am performing homeland defense activity for a period of at least 90 days /or/<br>　　　　　　☐　I performed homeland defense activity for a period of at least 90 days, terminating on<br>　　　　　　_____, which is less than 540 days before this bankruptcy case was filed. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** |
|---|---|
| 2. | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☒ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

Form B22A (Chapter 7)(04/10)                                    2010 USBC, Central District of California

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 3. | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $3,626.42 | $ |
| 4. | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $ 0.00 | $ |
| 5. | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr><tr><td>c.</td><td>Rental income</td><td>Subtract Line b from Line a</td></tr></table> | $ 0.00 | $ |
| 6. | **Interest, dividends and royalties.** | $ 0.00 | $ |
| 7. | **Pension and retirement income.** | $ 0.00 | $ |
| 8. | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ 0.00 | $ |
| 9. | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below <table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ _____</td><td>Spouse $ _____</td></tr></table> | $ 0.00 | $ |
| 10. | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <table><tr><td>a.</td><td></td><td>$</td></tr><tr><td>b.</td><td></td><td>$</td></tr></table> Total and enter on Line 10 | $ 0.00 | $ |
| 11. | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $3,626.42 | $ |
| 12. | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ 3,626.42 | |

| | **Part III. APPLICATION OF § 707(b)(7) EXCLUSION** | |
|---|---|---|
| 13. | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $43,517.04 |
| 14. | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) a Enter debtor's state of residence: _CA_     b. Enter debtor's household size: _1_ | $47,969.00 |

Form B22A (Chapter 7)(04/10)                    2010 USBC, Central District of California

| 15. | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☒ The amount on Line 13 is less than or equal to the amount on Line 14. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ The amount on Line 13 is more than the amount on Line 14. Complete the remaining parts of this statement. | $ |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

| | **Part IV.  CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | $ |
|---|---|---|
| 16. | Enter the amount from Line 12. | $ |

| 17. | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
|---|---|---|

| 17. | | | |
|---|---|---|---|
| | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | Total and enter on Line 17. | | $ |

| 18. | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V.  CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A:  Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |
|---|---|---|

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member | |
| b1. | Number of members | b2. | Number of members | |
| c1. | Subtotal | c2. | Subtotal | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
|---|---|---|

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|---|---|---|

| 20B | | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

Form B22A (Chapter 7)(04/10)                                                2010 USBC, Central District of California

| 21. | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A. | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B. | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23. | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1  ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24. | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payments for debts secured by Vehicle 2, if any, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25. | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|

| 26. | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|

| 27 | Other Necessary Expenses: life insurance. Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|---|---|---|

| 28. | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. Do not include payments on past due obligations included in Line 44. | $ |
|---|---|---|

Form B22A (Chapter 7)(04/10)                                      2010 USBC, Central District of California

| 29. | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
|---|---|---|
| 30. | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31. | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32. | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33. | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

### Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| 34. | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents |  |
|---|---|---|
|  | a. Health Insurance       $ <br> b. Disability Insurance     $ <br> c. Health Savings Account  $ <br><br> Total and enter on Line 34 <br> If you do not actually expend this total amount, state your actual total average monthly expenditures in the space below: <br> $ _____ | $ |
| 35. | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36. | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37. | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38. | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39. | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40. | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41. | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.

Form B22A (Chapter 7)(04/10)                                                    2010 USBC, Central District of California

| | **Subpart C: Deductions for Debt Payment** | | | |
|---|---|---|---|---|
| 42. | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c | $ |

| | | |
|---|---|---|
| 43. | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60 of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | Total: Add Lines a, b and c | $ |

| | | |
|---|---|---|
| 44. | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. Do not include current obligations, such as those set out in Line 28. | $ |

| | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| 45. | a. | Projected average monthly Chapter 13 plan payment. | $ |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46. | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|
| 47. | Total of all deductions allowed under § 707(b)(2). Enter the total of Lines 33, 41, and 46. | $ |

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48. | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
| 49. | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50. | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51. | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

Form B22A (Chapter 7)(04/10)                                    2010 USBC, Central District of California

| 52. | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $7,025*** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $11,725*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,025*, but not more than $11,725*.** Complete the remainder of Part VI (Lines 53 through 55). | |
|---|---|---|
| 53. | Enter the amount of your total non-priority unsecured debt | $ |
| 54. | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55. | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| 56. | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|
| | | Expense Description | Monthly Amount |
| | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | | Total: Add Lines a, b and c | $ |

## Part VIII: VERIFICATION

| 57. | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: _11-12-10_    Signature _[signature]_<br>(Debtor)  *HOVSEP HAGOPIAN*<br><br>Date: _____    Signature _____<br>(Joint Debtor, if any) |
|---|---|

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.

Verification of Creditor Mailing List - (Rev. 10/05)                                        2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name _____

Address _____

Telephone _____

☐  Attorney for Debtor(s)
☒  Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

List all names including trade names used by Debtor(s) within last 8 years):

*HOVSEP HAGOPIAN*
*AKA: OVSEP AKOPIAN*

Case No.: _____

Chapter: 7

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___6___ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _____11-12-10_____

Debtor  *HOVSEP HAGOPIAN* _____

_____
Attorney (if applicable)

_____
Joint Debtor

**EXHIBIT  1**

HOVSEP HAGOPIAN
1620 N. SAN FERNANDO BLVD., APT. #15
BURBANK, CA  91504


UNITED STATES TRUSTEE
255 E. TEMPLE STREET, ROOM 940
LOS ANGELES, CA   90012

**EXHIBIT  2**


AMERICAN EXPRESS
PO BOX  297812
FT. LAUDERDALE, FL  33329


BANK OF AMERICA
PO BOX  1390
NORFOLK, VA  23501


CHASE BANK
800 BROOKSEDGE BLVD.
WESTERVILLE, OH  43081


GEMB/WHITEHALL
PO BOX  981439
EL PASO, TX  79998


HSBC BANK
PO BOX  5253
CAROL STREAM, IL  60197


SEARS/CBSD
PO BOX  6189
SIOUX FALLS, SD  57117


THE CALIFORNIA CREDIT UNION
701 N. BRAND BLVD.
GLENDALE, CA  91203


UNION BANK
8155 MERCURY CT. #M712
SAN DIEGO, CA  92111

CAPITAL ONE BANK
PO BOX 30281
SALT LAKE CITY, UT 84130


HSBC/SAKS
140 W. INDUSTRIAL DR.
ELMHURST, IL 60126


LVNV FUNDING LLC
PO BOX 10497
GREENVILLE, SC 29603


UNIFUND
10625 TECHWOODS CIR.
CINCINNATI, OH 45242


PERFORMANCE CAPITAL MANAGEMENT
7001 VILLAGE DR. #255
BUENA PARK, CA 90621


ARROW FINANCIAL SERVICES
5996 W. TOUHY AVE.
NILES, IL 60714


ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN, MI 48090


PORTFOLIO RECOVERY
120 CORPORATE BLVD. #1
NORFOLK, VA 23502

MIDLAND CREDIT MANAGEMENT
8875 AERO DR.
SAN DIEGO, CA  92123


MITSUBISHI MOTOR CREDIT
10805 HOLDER ST. #301
CYPRESS, CA  90630


NATIONAL ACCT. ADJUSTERS
7290 SAMUEL DR. #200
DENVER, CO  80221


PALISADES COLLECTION LLC
210 SYLVAN AVE.
ENGLEWOOD, NJ  07632


CHASE/CIRCUIT CITY
PO BOX  15678
WILMINGTON, DE  19850


DISCOVER FINANCIAL SERVICES
PO BOX  15316
WILMINGTON, DE  19850


FDS BANK
9111 DUKE BLVD.
MASON, OH  45040


GEMB/BANANA REPUBLIC
PO BOX  981400
EL PASO, TX  79998

GEMB/GAP
PO BOX  981400
EL PASO, TX  79998


GEMB/JC PENNEY
PO BOX  981131
EL PASO, TX  79998


GEMB/MERVYNS
PO BOX  981064
EL PASO, TX  79998


HSBC BANK/COSTCO
PO BOX  15524
WILMINGTON, DE  19850


NCO FINANCIAL / 22
507 PRUDENTIAL RD.
HORSHAM, PA  19044


DSNB/MACY'S
PO BOX  8218
MASON, OH  45040


THE HOME DEPOT/CBSD
PO BOX  6497
SIOUX FALLS, SD  57117


CAVALRY PORTFOLIO SERVICES
PO BOX  27288
TEMPE, AZ  85285

AIS SERVICES LLC
8996 MIRAMAR RD. #220
SAN DIEGO, CA  92126


GENESIS FINANCIAL SOLUTIONS
8705 SW. NIMBUS AVE. #A
BEAVERTON, OR  97008


MMCA/C1
PO BOX  91614
MOBILE, AL  36691


LA TEACHERS CREDIT UNION
3330 CAHUENGA BLVD. WEST
LOS ANGELESS, CA  90068